be submitted to this court upon the argument. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

RALPH STUART, JR., as Administrator, etc., v. NEW YORK COMMUNITY MAUSOLEUM CONSTRUCTION COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

IRVING BLOOM v. ABRAM BLOOM COMPANY, INC.— Application granted upon plaintiff's filing stipulation that upon affirmance, or dismissal of the appeal, judgment absolute shall be rendered against him. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of SAMUEL MARKEWICH, an Attorney.— Reference ordered to Hon. Charles F. Brown, as referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES T. BROWN v. ARTHUR B. LEACH and Others.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM JAY SCHIEFFELIN v. JOHN F. HYLAN.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CAROLINE H. FIELD, Plaintiff, v. LOUIS CHRONIK, Defendant.— Memorandum for counsel. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHAMPION COATED PAPER COMPANY, Appellant, v. THE CAREY PRINTING COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAWRENCE MCGRATH, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES JACOBS, Respondent, v. DEGNON CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAURA V. FLAHIVE, as Administratrix, etc., of JAMES FRANCIS FLAHIVE, Deceased, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FANNY SILBERSTEIN, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB ROSENTHAL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation which Should Justly Be Made to Owners Abutting on Old Kingsbridge Road, for Damages Caused by the Closing of Portions of Old Kingsbridge Road, Situated in Blocks 3100, 3101, 3113 and 3085, Borough of The Bronx, City

of New York. THE CITY OF NEW YORK and Others, Appellants, Respondents; MARGARET M. GLEASON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GERTRUDE ELEANOR WALSH, Respondent, v. RUDOLPH ERNEST TIEDEMANN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of AUGUSTA H. LYNDE, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN STENECK and Others, Doing Business under the Firm Name, etc., Respondents, v. WILLIAM HARRIS, JR., and Another, as Executors, etc., of WILLIAM HARRIS, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

RAFFAELE MARTORELLI, Appellant, v. ITALIAN IMPORTING COMPANY OF NEW YORK, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SOCIETA LIBRARIA ITALIANA (ITALIAN BOOK COMPANY), Appellant, v. CHARLES BARSOTTI, Doing Business under the Name and Style of IL PROGRESSO ITALO-AMERICANO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD B. LA FETRA, Respondent, v. HUDSON TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs awarded to plaintiff by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FLORINDO S. POLO, Respondent, v. FREDERICK W. HVOSLEF and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., and Smith, J., dissenting.

JOHN PARISE, Respondent, v. ARTHUR GOLDSTEIN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM A. MOSMAN, Respondent, v. JOSEPH E. BARLOW, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JULIUS SOKOL, Appellant, v. PERKINS-CAMPBELL COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANNIE DONOVAN, as Administratrix, etc., of THOMAS J. DONOVAN, Deceased, Respondent, v. HENRY KAST, SR., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.